**FILED IN OPEN COURT**

AO (Rev. 5/85) Criminal Complaint

*11.4.2021*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

Case No. 3:21-mj- *1490-MCR*

EVENCIO RAMIREZ-MARTINEZ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about September 27, 2021, in Duval County, in the Middle District of Florida, the defendant,

> a citizen of Mexico and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about April 29, 2019,

in violation of Title 8, United States Code, Section 1326.   I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
Abraham Velez-Gomez

Sworn to before me and subscribed in my presence,

on November *4*, 2021 _____

at

Jacksonville, Florida _____

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Abraham Velez-Gomez, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.    Your affiant has been a Deportation Officer for ICE since 2015 and before that was an Immigration Enforcement Agent with ICE since 2009. Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States. In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2.    On October 24, 2021, your affiant received electronic correspondence from Deportation Officer Peets working at the Jacksonville ICE office stating that on September 27, 2021, an individual identified as EVENCIO RAMIREZ-MARTINEZ had been booked into the Duval County Pre-Trial Detention Center in Jacksonville, in the Middle District of Florida. According to the information provided by the jail, during the booking process RAMIREZ-MARTINEZ had stated that he was born in Mexico on a date in 1989.

3.    During processing, an officer at the jail who had been deputized to perform the functions of an immigration officer entered RAMIREZ-MARTINEZ's fingerprints into a biometric identification system that compared his fingerprints with

the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that RAMIREZ-MARTINEZ had been previously encountered and had been assigned an Alien Registration number ("A-number"). The officer then conducted immigration database checks using the A-number and the records reflected that RAMIREZ-MARTINEZ is a citizen of Mexico who has been previously deported or removed from the United States to Mexico. The officer also interviewed the defendant. During the interview, the defendant stated that he was a citizen of Mexico, that he was illegally in the United States, that he had entered the country on foot in Texas, and that he had been deported before. An ICE detainer for RAMIREZ-MARTINEZ was lodged with the jail.

4.    On October 23, 2021, the Duval County jail notified Deportation Officer Peets that the local charges for RAMIREZ-MARTINEZ were resolved and that he was ready to be picked up on the ICE detainer. On October 24, 2021, RAMIREZ-MARTINEZ was transported into ICE custody at the Baker County jail in Macclenny, Florida.

5.    On November 1, 2021, your affiant reviewed documents from the Alien Registration file ("A-file") for RAMIREZ-MARTINEZ. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file reflected that RAMIREZ-MARTINEZ is a citizen of

2

Mexico who was previously deported or removed from the United States, on April 22, 2019, through Laredo, Texas. The A-file contained no record that RAMIREZ-MARTINEZ had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his deportation or removal.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that EVENCIO RAMIREZ-MARTINEZ is a citizen of Mexico who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

Abraham Velez-Gomez
Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

3